IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA OSEGUERA,

**Plaintiff,**

v.

MEDICATE PHARMACY, INC.,

**Defendant.**                                                        No. 11-0340-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that defendant has not filed its Rule 7.1 disclosure. Thus, the Court **DIRECTS** defendant to file the required disclosure on or before October 12, 2011.

**IT IS SO ORDERED.**

Signed this 28th day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.28 11:23:52 -05'00'

**Chief Judge**
**United States District Court**