IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA OSEGUERA,

**Plaintiff,**

v.

MEDICATE PHARMACY, INC.,

**Defendant.**                                                      No. 11-0340-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 21). Based on the dismissal, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 16th day of April, 2012.

David R. Herndon
2012.04.16
14:28:44 -05'00'

**Chief Judge**
**United States District Court**