IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA OSEGUERA,

    **Plaintiff,**

-vs-

MEDICATE PHARMACY, INC.,

    Defendant.                      NO. 11-CV-340-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 16, 2012, this case is **DISMISSED** with prejudice.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT


                                BY:      /s/*Sandy Pannier*
                                                 **Deputy Clerk**

Dated: April 16, 2012

David R. Herndon
2012.04.16
14:32:32 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT